NUMBER
13-02-405-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                           CORPUS
CHRISTI

_______________________________________________________________

 

REMEJIA TENEYUCA,                                               Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

_______________________________________________________________

 

                  On
appeal from the 105th District Court 

                           of
Kleberg County, Texas.

________________________________________________________________

 

                              O
P I N I O N

 

             Before
Justices Dorsey, Rodriguez, and Castillo

                                Opinion
Per Curiam

 

Appellant, REMEJIA TENEYUCA,
perfected an appeal from a judgment entered by the 105th
District Court of Kleberg County, Texas,  in cause number 00-CRF-385.  Appellant has filed a motion to dismiss the
appeal.  The motion complies with Tex. R. App. P. 42.2(a).








The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted.  Appellant's motion to
dismiss the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 26th
day of September, 2002.